

February 17, 2022

**Megan R. Calme**
(615) 324.7840
Megan.calme@wilsonelser.com

<u>*Via ECF*</u>

Honorable Thomas L. Parker
United States District Judge
Western District of Tennessee

Re:  *Margarita Arzate v. Lara, et al.*
       Docket No.: 2:22-cv-2005
       Joint Notice of Selection of Mediator

Dear Judge Parker,

    This firm represents Defendant Pizano's Trucking, LLC in the above referenced matter. In furtherance of the Scheduling Order entered in this matter (Doc. 14), we write to notify the Court that Plaintiffs and Defendant Pizano's Trucking, LLC have agreed to mediate this matter with Darryl Gresham and are tentatively scheduled for April 1, 2022.

    Respectfully submitted,

    Wilson Elser Moskowitz Edelman & Dicker LLP

    */s/ Megan R. Calme*

    Megan R. Calme
    Marcia L. Pearson

cc:   Larry Jimmy Peters, Esq.
       Blake Swan, Esq.

Two American Center, 3102 West End Avenue, Suite 400 • Nashville, TN 37203 • p 615.324.7840 • f 470.419.6651

Alabama • Albany • Atlanta • Austin • Baltimore • Beaumont • Boston • Chicago • Dallas • Denver • Edwardsville • Garden City • Hartford • Houston
Indiana • Kentucky • Las Vegas • London • Los Angeles • Miami • Michigan • Milwaukee • Mississippi • Missouri • Nashville • New Jersey • New Orleans
New York • Orlando • Philadelphia • Phoenix • San Diego • San Francisco • Sarasota • Stamford • Virginia • Washington, DC • Wellington • White Plains

wilsonelser.com

266586098v.1